IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

QUINCY LAJAMES JONES NELSON,

      Plaintiff,

v.

J. MAYO, *et al.*,

      Defendants.

2:26-CV-072-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute. ECF No. 10. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 10) is **ADOPTED** and this case is **DISMISSED without prejudice**.

SO ORDERED.

June 17, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE